Mark R. Rosen (N.J. Identification 003411980)
Barrack, Rodos & Bacine
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
Facsimile: (973) 297-1485
Email: mrosen@barrack.com

*Attorney for Plaintiff Jessica Moore and the Proposed Classes*
*[Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELANIE SHEPARD, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendant. | Case No.: 2:21-cv-01977-CCC-MF |
| JESSICA MOORE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendant. | Case No.: 2:21-cv-02516-CCC-MF |
| MICHELE WALLACE, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v. | Case No.: 2:21-cv-02531-CCC-MF |

GERBER PRODUCTS COMPANY, BEECH-NUT NUTRITION COMPANY, NURTURE, INC. AND HAIN CELESTIAL GROUP, INC.,

    Defendants.

---

MUSLIN PIERRE-LOUIS, *individually and on behalf of all others similarly situated*,

    Plaintiff,

       v.

GERBER PRODUCTS COMPANY,

    Defendant.

Case No.: 2:21-cv-04791

---

JEREMY CANTOR, *et al, individually and on behalf of all others similarly situated*,

    Plaintiffs,

       v.

GERBER PRODUCTS COMPANY,

    Defendant.

Case No.: 2:21-cv-03402-CCC-ESK

To: All Counsel on the ECF Service List.

COUNSEL:

**PLEASE TAKE NOTICE** that on Monday, April 5, 2021, the undersigned counsel for Plaintiff Jessica Moore cross-moves for an order transferring all actions to the extent that they assert claims against Defendant Gerber Products Company to the United States District Court for the Eastern District of Virginia and requests that the consolidation motion and cross-motion to transfer be considered in the same hearing. In support thereof, Plaintiff Jessica Moore relies on their accompanying brief.

Dated:  March 17, 2021                                              Respectfully submitted,

                                                                                    */s/ Mark R. Rosen*
                                                                                    Mark R. Rosen
                                                                                    **Barrack, Rodos & Bacine**
                                                                                    One Gateway Center, Suite 2600
                                                                                    Newark, NJ 07102
                                                                                    T: (973) 297-1484
                                                                                    F: (973) 297-1485
                                                                                    mrosen@barrack.com

                                                                                         and

                                                                                    Julie B. Palley
                                                                                    **Barrack, Rodos & Bacine**
                                                                                    3300 Two Commerce Square
                                                                                    2001 Market Street
                                                                                    Philadelphia, PA 19103
                                                                                    T: (215) 963-0600
                                                                                    F: (205) 963-0838
                                                                                    jpalley@barrack.com

                                                                                    *Attorneys for the Plaintiff Jessica Moore
                                                                                    and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Notice, Brief of Plaintiff Jessica Moore in Response to Motion of Other Plaintiffs to Consolidate District of New Jersey Actions and in Support of Cross-Motion to Transfer All Gerber Claims to the Eastern District of Virginia and Proposed Order were electronically served through ECF to all counsel of record on this date.

Dated: March 17, 2021                        /s/ Mark R. Rosen
                                                     Mark R. Rosen
                                                     *Attorney for Plaintiff Jessica*
                                                     *Moore and Proposed Classes*