# Exhibit B

**United States Judicial Panel on Multidistrict Litigation**
**CIVIL DOCKET FOR CASE #: MDL No. 2997**

IN RE: Baby Food Marketing, Sales Practices and Products Liability Litigation
Assigned to: Not Assigned

Date Filed: 03/08/2021
MDL Status: Pending

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2021 | 1 | MOTION TO TRANSFER (INITIAL MOTION) with Brief in Support. -- 43 Action(s) -- from California Central District Court (2:21-cv-01457), Colorado District Court (1:21-cv-00500), Kansas District Court (2:21-cv-02096), New Jersey District Court (1:21-cv-02417,2:21-cv-01977,2:21-cv-02516,2:21-cv-02531,2:21-cv-03402), New York Eastern District Court (1:21-cv-00870,2:21-cv-00678,2:21-cv-00758,2:21-cv-00805,2:21-cv-00884,2:21-cv-00938, 2:21-cv-00944,2:21-cv-00970,2:21-cv-01045,2:21-cv-01062,2:21-cv-01067,2:21-cv-01076, 2:21-cv-01118), Virginia Eastern District Court (1:21-cv-00269,1:21-cv-00277), Florida Middle District Court (6:21-cv-00317), California Northern District Court (4:21-cv-00913,4:21-cv-01113), Illinois Northern District Court (1:21-cv-00719,1:21-cv-00835), New York Northern District Court (1:21-cv-00133,1:21-cv-00167,1:21-cv-00183,1:21-cv-00186,1:21-cv-00200,1:21-cv-00213, 1:21-cv-00227,1:21-cv-00229,1:21-cv-00258), New York Southern District Court (1:21-cv-01217,1:21-cv-01271,1:21-cv-01473,1:21-cv-01882,7:21-cv-01534), Missouri Western District Court (4:21-cv-00129) - Suggested Transferee Court: E.D.N.Y. - Filed by: *Plaintiffs Lori-Anne Albano, Myjorie Philippe, Rebecca Telaro, Alyssa Rose* (Attachments: # 1 Brief, # 2 Schedule of Actions, # 3 Proof of Service, # 4 Exhibit 1 (Complaint - CAC 2:21-01457), # 5 Exhibit 2 (Complaint - COD 1:21-00500), # 6 Exhibit 3 (Complaint - KSD 2:21-02096), # 7 Exhibit 4 (Complaint - NJD 1:21-02417), # 8 Exhibit 5 (Complaint - NJD 2:21-01977), # 9 Exhibit 6 (Complaint - NJD 2:21-02516), # 10 Exhibit 7 (Complaint - NJD 2:21-02531), # 11 Exhibit 8 (Complaint - NJD 2:21-03402), # 12 Exhibit 9 (Complaint - NYE 1:21-00870), # 13 Exhibit 10 (Complaint - NYE 2:21-00678), # 14 Exhibit 11 (Complaint - NYE 2:21-00758), # 15 Exhibit 12 (Complaint - NYE 2:21-00805), # 16 Exhibit 13 (Complaint - NYE 2:21-00884), # 17 Exhibit 14 (Complaint - NYE 2:21-00938), # 18 Exhibit 15 (Complaint - NYE 2:21-00944), # 19 Exhibit 16 (Complaint - NYE 2:21-00970), # 20 Exhibit 17 (Complaint - NYE 2:21-01045), # 21 Exhibit 18 (Complaint - NYE 2:21-01062), # 22 Exhibit 19 (Complaint - NYE 2:21-01067), # 23 Exhibit 20 (Complaint - NYE 2:21-01076), # 24 Exhibit 21 (Complaint - NYE 2:21-01118), # 25 Exhibit 22 (Complaint - VAE 1:21-00269), # 26 Exhibit 23 (Complaint - VAE 1:21-00277), # 27 Exhibit 24 (Complaint - FLM 6:21-00317), # 28 Exhibit 25 (Complaint - CAN 4:21-00913), # 29 Exhibit 26 (Complaint - CAN 4:21-01113), # 30 Exhibit 27 (Complaint - ILN 1:21-00719), # 31 Exhibit 28 (Complaint - ILN 1:21-00835), # 32 Exhibit 29 (Complaint - NYN 1:21-00133), # 33 Exhibit 30 (Complaint - NYN 1:21-00167), # 34 Exhibit 31 (Complaint - NYN 1:21-00183), # 35 Exhibit 32 (Complaint - NYN 1:21-00186), # 36 Exhibit 33 (Complaint - NYN 1:21-00200), # 37 Exhibit 34 (Complaint - NYN 1:21-00213), # 38 Exhibit 35 (Complaint - NYN 1:21-00227), # 39 Exhibit 36 (Complaint - NYN 1:21-00229), # 40 Exhibit 37 (Complaint - NYN 1:21-00258), # 41 Exhibit 38 (Complaint - NYS 1:21-01217), # 42 Exhibit 39 (Complaint - NYS 1:21-01271), # 43 Exhibit 40 (Complaint - NYS 1:21-01473), # 44 Exhibit 41 (Complaint - NYS 1:21-01882), # 45 Exhibit 42 (Complaint - NYS 7:21-01534), # 46 Exhibit 43 (Complaint - MOW 4:21-00129))(McNamara, Douglas) (Entered: 03/08/2021) |
| 03/09/2021 | 2 | MDL Number 2997 Assigned -- MOTION FOR TRANSFER ACCEPTED FOR FILING re: pldg. ( 1 in Pending No. 19) Associated Cases: Pending No. 19, CAC/2:21-cv-01457, |

CAN/4:21-cv-00913, CAN/4:21-cv-01113, CO/1:21-cv-00500, FLM/6:21-cv-00317, ILN/1:21-cv-00719, ILN/1:21-cv-00835, KS/2:21-cv-02096, MOW/4:21-cv-00129, NJ/1:21-cv-02417, NJ/2:21-cv-01977, NJ/2:21-cv-02516, NJ/2:21-cv-02531, NJ/2:21-cv-03402, NYE/1:21-cv-00870, NYE/2:21-cv-00678, NYE/2:21-cv-00758, NYE/2:21-cv-00805, NYE/2:21-cv-00884, NYE/2:21-cv-00938, NYE/2:21-cv-00944, NYE/2:21-cv-00970, NYE/2:21-cv-01045, NYE/2:21-cv-01062, NYE/2:21-cv-01067, NYE/2:21-cv-01076, NYE/2:21-cv-01118, NYN/1:21-cv-00133, NYN/1:21-cv-00167, NYN/1:21-cv-00183, NYN/1:21-cv-00186, NYN/1:21-cv-00200, NYN/1:21-cv-00213, NYN/1:21-cv-00227, NYN/1:21-cv-00229, NYN/1:21-cv-00258, NYS/1:21-cv-01217, NYS/1:21-cv-01271, NYS/1:21-cv-01473, NYS/1:21-cv-01882, NYS/7:21-cv-01534, VAE/1:21-cv-00269, VAE/1:21-cv-00277 (DP) (Entered: 03/09/2021)

| 03/09/2021 | 3 | ***TEXT ONLY NOTICE*** |

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( 1 in MDL No. 2997)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before 3/23/2021.**
**Corporate Disclosure Statements due on or before 3/23/2021.**
**Responses due on or before 3/30/2021.**
**Reply, if any, due on or before 4/6/2021.**

**In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).**

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. **Important**: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 3/9/2021.

Associated Cases: MDL No. 2997, CAC/2:21-cv-01457, CAN/4:21-cv-00913, CAN/4:21-cv-01113, CO/1:21-cv-00500, FLM/6:21-cv-00317, ILN/1:21-cv-00719, ILN/1:21-cv-00835, KS/2:21-cv-02096, MOW/4:21-cv-00129, NJ/1:21-cv-02417, NJ/2:21-cv-01977, NJ/2:21-cv-02516, NJ/2:21-cv-02531, NJ/2:21-cv-03402, NYE/1:21-cv-00870, NYE/2:21-cv-00678, NYE/2:21-cv-00758, NYE/2:21-cv-00805, NYE/2:21-cv-00884, NYE/2:21-cv-00938, NYE/2:21-cv-00944, NYE/2:21-cv-00970, NYE/2:21-cv-01045, NYE/2:21-cv-01062, NYE/2:21-cv-01067, NYE/2:21-cv-01076, NYE/2:21-cv-01118, NYN/1:21-cv-00133, NYN/1:21-cv-00167, NYN/1:21-cv-00183, NYN/1:21-cv-00186, NYN/1:21-cv-00200, NYN/1:21-cv-00213, NYN/1:21-cv-00227, NYN/1:21-cv-00229, NYN/1:21-cv-00258, NYS/1:21-cv-01217, NYS/1:21-cv-01271, NYS/1:21-cv-01473, NYS/1:21-cv-01882, NYS/7:21-cv-01534, VAE/1:21-cv-00269, VAE/1:21-cv-00277 (DP) (Entered: 03/09/2021)

| 03/09/2021 | 4 | NOTICE OF APPEARANCE re: pldg.( 1 in MDL No. 2997) Filed by Carl Malmstrom on behalf of Plaintiffs Sally Bredberg, Rebecca Bromberg Associated Cases: MDL No. 2997, NYE/2:21-cv-00758 (Malmstrom, Carl) (Entered: 03/09/2021) |

| 03/09/2021 | 5 | NOTICE OF APPEARANCE re: pldg.( 1 in MDL No. 2997) Filed by Jason Sultzer on behalf of Plaintiffs Charles Robbins, et al. Associated Cases: MDL No. 2997, CAC/2:21- |

| | | |
|---|---|---|
| | | cv-01457, NYE/2:21-cv-00944, NYN/1:21-cv-00229 (Sultzer, Jason) (Entered: 03/09/2021) |
| 03/09/2021 | 6 | NOTICE OF APPEARANCE re: pldg.( 1 in MDL No. 2997) Filed by Max Ephraim Rodriguez on behalf of Plaintiffs N. W., Michelle Walls Associated Cases: MDL No. 2997, NYE/1:21-cv-00870 (Rodriguez, Max) (Entered: 03/09/2021) |
| 03/10/2021 | 7 | NOTICE OF APPEARANCE re: pldg.( 1 in MDL No. 2997) Filed by Thomas A. Zimmerman, Jr on behalf of Plaintiffs Edelin Altuve, et al. (Attachments: # 1 Parties Represented, # 2 Proof of Service) Associated Cases: MDL No. 2997, ILN/1:21-cv-00719 (Zimmerman, Thomas) (Entered: 03/10/2021) |
| 03/10/2021 | 8 | CERTIFICATE OF SERVICE re: pldg. ( 5 in MDL No. 2997) Filed by Plaintiffs Charles Robbins, et al. -- Associated Cases: MDL No. 2997, CAC/2:21-cv-01457, NYE/2:21-cv-00944, NYN/1:21-cv-00229 (Sultzer, Jason) (Entered: 03/10/2021) |
| 03/10/2021 | 9 | CERTIFICATE OF SERVICE (AMENDED) re: pldg. (3 in ILN/1:21-cv-00719, 7 in MDL No. 2997) Filed by Plaintiffs Edelin Altuve, et al. -- Associated Cases: MDL No. 2997, ILN/1:21-cv-00719 (Zimmerman, Thomas) (Entered: 03/10/2021) |
| 03/11/2021 | 10 | CERTIFICATE OF SERVICE (AMENDED) re: pldg. (4 in CAC/2:21-cv-01457, 8 in MDL No. 2997, 4 in NYE/2:21-cv-00944, 4 in NYN/1:21-cv-00229) Filed by Plaintiffs Charles Robbins, et al. -- Associated Cases: MDL No. 2997, CAC/2:21-cv-01457, NYE/2:21-cv-00944, NYN/1:21-cv-00229 (Sultzer, Jason) (Entered: 03/11/2021) |
| 03/11/2021 | 11 | CERTIFICATE OF SERVICE re: pldg. ( 6 in MDL No. 2997) Filed by Plaintiffs N. W., Michelle Walls -- Associated Cases: MDL No. 2997, NYE/1:21-cv-00870 (Rodriguez, Max) (Entered: 03/11/2021) |
| 03/12/2021 | 12 | NOTICE OF RELATED ACTION -- 1 Action(s) -- Filed by attorney William E. Hoese, Counsel for: Plaintiffs Erik Lawrence, Rachel M. Frantz, Marie Mezile -- New York Eastern District Court (1:21-cv-01287) (Attachments: # 1 Proof of Service) (Hoese, William) Modified on 3/15/2021 (LH). ADDED FILING PARTIES (Entered: 03/12/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/15/2021 12:41:05 | | | |
| PACER Login: | nmcgarvey157:5692261:5683312 | Client Code: | 1624 |
| Description: | Docket Report | Search Criteria: | MDL No. 2997 |
| Billable Pages: | 3 | Cost: | 0.30 |