# Exhibit C

## U.S. District Court — Judicial Caseload Profile

**NEW JERSEY**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 10,781 | 9,674 | 13,833 | 22,908 | 26,131 | 20,710 | | |
| | Terminations | | 10,063 | 9,265 | 11,441 | 12,860 | 12,730 | 11,064 | | |
| | Pending | | 10,308 | 10,679 | 13,086 | 23,636 | 37,066 | 46,609 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 92.1 | 114.1 | 49.7 | -9.6 | -20.7 | | 84 | 5 |
| | Number of Judgeships | | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | Vacant Judgeship Months ² | | 27.0 | 39.9 | 28.0 | 39.5 | 63.4 | 72.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 634 | 569 | 814 | 1,348 | 1,537 | 1,218 | 2 | 1 |
| | | Civil | 588 | 527 | 773 | 1,299 | 1,475 | 1,156 | 2 | 1 |
| | | Criminal Felony | 35 | 29 | 28 | 39 | 51 | 53 | 69 | 3 |
| | | Supervised Release Hearings | 11 | 13 | 13 | 9 | 11 | 10 | 84 | 3 |
| | Pending Cases ² | | 606 | 628 | 770 | 1,390 | 2,180 | 2,742 | 3 | 1 |
| | Weighted Filings ² | | 602 | 494 | 592 | 1,012 | 1,044 | 860 | 4 | 2 |
| | Terminations | | 592 | 545 | 673 | 756 | 749 | 651 | 15 | 1 |
| | Trials Completed | | 9 | 11 | 8 | 6 | 8 | 4 | 91 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.0 | 14.8 | 12.2 | 8.8 | 8.2 | 8.7 | 25 | 2 |
| | | Civil ² | 7.9 | 8.0 | 6.6 | 4.3 | 9.0 | 9.9 | 59 | 4 |
| | From Filing to Trial ² (Civil Only) | | 46.9 | 42.0 | 37.9 | 48.9 | 48.7 | 37.1 | 32 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 601 6.5 | 617 6.3 | 674 5.5 | 1,484 6.5 | 736 2.0 | 2,762 6.1 | 41 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 49.9 | 82.9 | 88.5 | 124.1 | 102.5 | 102.1 | | |
| | | Percent Not Selected or Challenged | 36.5 | 38.1 | 40.4 | 38.0 | 37.9 | 47.0 | | |

### 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 19,655 | 424 | 12,247 | 1,333 | 12 | 68 | 610 | 840 | 1,096 | 339 | 1,149 | 23 | 1,514 |
| Criminal ¹ | 885 | 28 | 357 | 49 | 158 | 197 | 27 | 16 | - | 10 | 10 | 11 | 22 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**VIRGINIA EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 4,942 | 5,061 | 4,664 | 4,923 | 4,941 | 4,354 | | |
| | Terminations | | 4,936 | 4,801 | 4,712 | 4,714 | 4,827 | 3,896 | | |
| | Pending | | 3,222 | 3,445 | 3,424 | 3,340 | 3,384 | 3,843 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -11.9 | -14.0 | -6.6 | -11.6 | -11.9 | | 65 | 6 |
| | Number of Judgeships | | 11 | 11 | 11 | 11 | 11 | 11 | | |
| | Vacant Judgeship Months ² | | 0.0 | 0.0 | 0.0 | 16.0 | 22.2 | 17.5 | | |
| **Actions per Judgeship** | **Filings** | Total | 449 | 460 | 424 | 448 | 449 | 396 | 64 | 8 |
| | | Civil | 317 | 339 | 301 | 314 | 309 | 300 | 53 | 5 |
| | | Criminal Felony | 89 | 79 | 82 | 87 | 99 | 65 | 54 | 6 |
| | | Supervised Release Hearings | 43 | 42 | 41 | 46 | 41 | 31 | 43 | 5 |
| | Pending Cases ² | | 293 | 313 | 311 | 304 | 308 | 349 | 78 | 9 |
| | Weighted Filings ² | | 424 | 397 | 388 | 415 | 405 | 351 | 64 | 7 |
| | Terminations | | 449 | 436 | 428 | 429 | 439 | 354 | 72 | 9 |
| | Trials Completed | | 20 | 23 | 20 | 23 | 24 | 14 | 36 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.3 | 5.6 | 5.8 | 5.4 | 5.2 | 7.1 | 9 | 1 |
| | | Civil ² | 5.3 | 5.2 | 5.2 | 5.3 | 5.9 | 6.0 | 9 | 1 |
| | From Filing to Trial ² (Civil Only) | | 10.0 | 12.2 | 9.8 | 12.4 | 12.7 | 11.2 | 1 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 59 2.5 | 110 4.2 | 350 14.3 | 172 7.2 | 84 3.6 | 73 2.8 | 9 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 52.7 | 33.7 | 50.5 | 55.0 | 52.9 | 66.9 | | |
| | | Percent Not Selected or Challenged | 42.0 | 38.2 | 40.0 | 39.5 | 38.4 | 52.4 | | |

### 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,297 | 159 | 86 | 1,220 | 6 | 34 | 143 | 351 | 258 | 153 | 426 | 3 | 458 |
| Criminal ¹ | 717 | 4 | 248 | 84 | 124 | 109 | 19 | 65 | - | 17 | 3 | 28 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."