# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY (d/b/a Nestlé Nutrition, Nestlé Infant Nutrition, or Nestlé Nutrition North America),<br><br>Defendant. | CASE NO.: 2:21-cv-02516-CCC-MF<br><br>**Hon. Claire C. Cecchi**<br>**Motion Return Date: April 19, 2021** |

# DECLARATION OF GLENN T. GRAHAM

1

I, Glenn T. Graham, hereby declare and state, as follows:

1. I am a member of the Bars of the States of New Jersey and New York, and am special counsel with the law firm of Kelley Drye & Warren LLP. I submit this declaration in support of Gerber® Products Company's ("Gerber") Memorandum of Law In Opposition To Plaintiff Jessica Moore's Cross-Motion To Transfer All Gerber Claims To The Eastern District of Virginia.

2. Attached hereto as **Exhibit A** is a March 12, 2021 cover email from Plaintiffs' counsel in *Shepard v. Gerber Products Company*, No. 2:21-cv-01977-CC-MF (D.N.J.) (the "*Shepard* Action") forwarding the *Shepard* Action Plaintiffs' Motion to Consolidate to counsel for the plaintiffs in *Wallace v. Gerber Products Company*, No. 2:21-cv-02531 (D.N.J.); *Moore v. Gerber Products Company*, No. 2:21-cv-02516 (D.N.J.); *Cantor v. Gerber Products Company*, No. 2:21-cv-03402 (D.N.J.); and *Pierre-Louis v. Gerber Products Company*, No. 2:21-cv-04791 (D.N.J.).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 5, 2021.

_____
GLENN T. GRAHAM