# Exhibit A

## Graham, Glenn T.

| | |
|---|---|
| **From:** | Taylor Reynolds <treynolds@shublawyers.com> |
| **Sent:** | Friday, March 12, 2021 7:23 PM |
| **To:** | Gary Graifman; aaltersohn@kslaw.com; mrm@mazieslater.com; jgittleman@barrack.com; Castello, Geoffrey; Graham, Glenn T.; ihuot@faruqilaw.com |
| **Cc:** | Kevin Laukaitis; Jonathan Shub; David Magagna |
| **Subject:** | Shepard, et al. v. Gerber Products Company - Motion for Consolidation |
| **Attachments:** | Shepard v. Gerber - #12 Notice of Motion for Consolidation.pdf; Shepard v. Gerber - #12-1 Brief in Support of Motion.pdf; Shepard v. Gerber - #12-2 Proposed Order.pdf; Shepard v. Gerber - Exhibits A-E.pdf |

**CAUTION: This message originated outside of Kelley Drye and was sent by: treynolds@shublawyers.com**

Counsel:

I hope this email finds you all well. I am reaching out regarding the above-captioned action. In accordance with the Court's Rules, enclosed please find for service copies of our Motion for Consolidation and brief in support. (ECF No. 12). Please confirm by replying to this e-mail that this email will suffice as notice under any applicable Rules. Thank you.

Respectfully,



**Taylor Reynolds**
treynolds@shublawyers.com
www.shublawyers.com
**O** 856.772.7200 | **D** 856.772.7247
134 Kings Highway E, 2nd Floor, Haddonfield, NJ 08033

**Justice Takes Work. Results Take Grit.**   



***Privilege and Confidentiality Notice***

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 856.772.7200.
Thank you.