1.UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELANIE SHEPARD *et al.*, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>GERBER PRODUCTS COMPANY<br><br>　　　　　Defendant. | Case No.: 2:21-cv-01977-CCC-MF<br><br>**PLAINTIFFS' STIPULATION [AND PROPOSED ORDER] TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a)** |
| MUSLIN PIERRE-LOUIS, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GERBER PRODUCTS COMPANY<br><br>　　　　　Defendant. | Case No.: 2:21-cv-04791-CCC-MF |
| JESSICA MOORE, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GERBER PRODUCTS COMPANY<br><br>　　　　　Defendant. | Case No.: 2:21-cv-02516-CCC-MF |

| | |
|---|---|
| JULIANA FONDACARO and MAYRA VERDUZCO, on behalf of themselves and a class of others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>      Defendant. | Case No.: 2:21-cv- 05032-CCC-MF |
| LACY MARTIN and HOLLY SILVERTHORN, on behalf of themselves and a class of others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>      Defendant. | Case No.: 2:21-cv- 05846-CCC-MF |
| LaKENDRA CAMILLE MCNEALY, individually and on behalf of a class of others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>      Defendant. | Case No.: 2:21-cv- 09064-CCC-MF |

| | |
|---|---|
| NAJAH A. HENRY, et al, on behalf of themselves and a class of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>GERBER PRODUCTS COMPANY, etc.<br><br>    Defendant. | Case No.: 2:21-cv- 05864-CCC-MF |
| MICHELE WALLACE and VANESSA GALLUCCI, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br> v.<br><br>GERBER PRODUCTS COMPANY<br><br>    Defendant. | Case No.: 2:21-cv-09980-CCC-MF |

  WHEREAS, the above-captioned related proposed consumer class actions are pending before the United States District Court for the District of New Jersey, entitled: *Shepard v. Gerber Products Company*, Case No. 2:21-cv-01977-CCC-MF ("*Shepard*"), filed February 5, 2021; *McNealy v. Gerber Products Company*, Case No. 2:21- cv-09064-CCC-MF ("*McNealy*"), filed February 8, 2021; *Moore v. Gerber Products Company*, Case No. 2:21-cv-02516-CCC-MF ("*Moore*"), filed February 12, 2021; *Pierre-Louis v. Gerber Products Company*, Case No. 2:21-cv-04791-CCC-MF ("*Pierre-Louis*"), filed March 11, 2021; *Fondacaro v. Gerber Products*

3

*Company*, Case No. 2:21-cv-05032-CCC-MF ("*Fondacaro*"), filed March 12, 2021; *Martin v. Gerber Products Company*, Case No. 2:21-cv-05846-CCC-MF ("*Martin*"), filed March 19, 2021; *Henry v. Gerber Products Company*, Case No. 2:21-cv-05864-CCC-MF ("*Henry*"), filed March 19, 2021; and *Wallace v. Gerber Products Company*, Case No. 2:21-cv-09980-CCC-MF ("*Wallace*"), filed April 21, 2021 (together the "Related Actions") and collectively all plaintiffs are referred to herein as "Plaintiffs."

WHEREAS, Plaintiffs assert the Related Actions arise out of the same set of operative facts and assert similar legal claims against Defendant Gerber Products Company ("Gerber" or "Defendant"), alleging that Gerber has engaged in deceptive trade practices with respect to the marketing and sale of its baby food products (the "Baby Foods") by failing to disclose that they contain levels of toxic heavy metals, including arsenic, lead, cadmium, and mercury (the "Heavy Metals");

WHEREAS, Plaintiffs assert that each Related Action seeks, *inter alia*, injunctive relief barring Gerber from continuing the deceptive practices it is accused of as well as monetary damages compensating Plaintiffs and other consumers for the purchase of the Baby Foods;

WHEREAS, Plaintiffs in each Related Action agree that consolidation of the Related Actions under Fed. R. Civ. P. 42(a) is appropriate because Plaintiffs contend they involve common questions of law and fact, arise from the same events, name the same Defendant, and will involve substantially the same discovery;

WHEREAS, consolidation under Rule 42(a) will eliminate duplicative discovery and the possibility of inconsistent rulings on class certification, *Daubert* motions, and other pretrial matters, and conserve judicial and party resources;

WHEREAS, Gerber has advised the undersigned counsel for the *Related Actions* that although Gerber vigorously disputes the merits of the allegations proffered against it in these lawsuits, Gerber stipulates to consolidation of the lawsuits Plaintiffs describe as "Related Actions" under Fed. R. Civ. P. 42(a), while expressly reserving all of its rights, remedies, defenses, objections, and legal arguments;

NOW THEREFORE, the Plaintiffs through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The *Shepard*, *Pierre-Louis*, *Moore*, *Fondacaro*, *Martin*, *McNealy*, *Henry* and *Wallace* actions currently pending in the District of New Jersey and any other class action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated pursuant to Fed. R. Civ. P. 42(a) (hereafter the "Consolidated Action);

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:21-cv-01977-CCC-MF and shall bear the following caption;

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: GERBER PRODUCTS COMPANY
BABY FOOD LITIGATION

**This Document Relates To:**

_____/

**Master File No. 2:21-cv-01977-CCC-MF**

5

3. The case file for the Consolidated Action will be maintained under Master File No. 2:21-cv-01977-CCC-MF. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "2:21-cv-02516-CCC-MF (*Moore*)."

4. This Stipulation and Order is without prejudice to the Cross Motion of Plaintiff Moore, which is currently being briefed by the parties, to transfer the Related Actions to the U.S. District Court for the Eastern District of Virginia.

5. No Plaintiffs shall move for appointment of interim lead counsel until thirty (30) days after this Court rules on the Cross Motion to transfer these actions to the Eastern District of Virginia, and Plaintiffs shall not file a Consolidated Complaint until thirty (30) days after appointment of interim lead counsel. In the interim, Gerber need not file a response to the complaint in each Related Action and instead shall answer, move or otherwise respond to any Consolidated Complaint no later than sixty (60) days following service of a Consolidated Complaint.

**IT IS SO STIPULATED**.

/s/ Gary S. Graifman
Gary S. Graifman
Melissa R. Emert*
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C**.
135 Chestnut Ridge Road
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-0186
grgaifman@kgglaw.com
memert@kgglaw.com
*Counsel for Fondacaro and Wallace Plaintiffs*

Gayle M. Blatt*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
gmb@cglaw.com
*Counsel for Fondacaro Plaintiffs*

/s/Jonathan Shub
Jonathan Shub
Kevin Laukaitis*
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
jshub@shublawyers.com
klaukaitis@shublawyers.com
*Counsel for Shepard Plaintiffs*

Gary E. Mason*
Danielle Perry*
**MASON LIETZ & KLINGER, LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294

/s/ Mark R. Rosen
Mark R. Rosen
**BARRACK, RODOS & BACINE**
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 297-1484
Fax: (973) 297-1485
mrosen@barrack.com
*Counsel for Plaintiff Moore*

/s/ James Shah
James Shah
**MILLER SHAH LLP**
2 Hudson Place
Suite 100
Hoboken, NJ 07030
856-526-1100
Fax: 866-300-7367
Email: Jcshah@Millershah.com
Email: apersinger@tzlegal.com
*Counsel for Plaintiff Martin*

/s/ Joseph DePalma
Joseph J. DePalma
Susana Cruz Hodge
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
scruzhodge@litedepalma.com
*Counsel for Plaintiff McNealy*

/s/ Liberato P. Verderame
Liberato P. Verderame
**EDELSON & ASSOCIATES**
3 Terry Drive
Suite 205
Newtown, PA 18940

gmason@masonllp.com
dlietz@masonllp.com
*Counsel for Shepard Plaintiffs*

Charles E. Schaffer*
David C. Magagna Jr.
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 191060
Tel: 215-592-1500
Fax: 215-592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com
*Counsel for Shepard Plaintiffs*

Jeffrey S. Goldenberg*
**GOLDENBERG SCHNEIDER L.P.A.**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
jgoldenberg@gs-legal.com
*Counsel for Shepard Plaintiffs*

/s/ *Matthew R. Mendelsohn*
Matthew R. Mendelsohn
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel:  (973) 228-0391
mmendelsohn@mazieslater.com
*Counsel for Pierre-Louis Plaintiffs*

*\*pro hac vice to be filed*

215-867-2399
Email: lverderame@edelson-law.com
*Counsel for Plaintiff Henry*

s/ *Geoffrey W. Castello*
Geoffrey W. Castello
Glenn T. Graham
**KELLEY DRYE & WARREN LLP**
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
gcastello@kelleydrye.com

*Attorneys for Defendant Gerber Products Company*

**ORDER PURSUANT TO STIPULATION,**

**IT IS SO ORDERED.**

_____
Hon. Mark Falk, U.S.M.J.
United States Magistrate

Dated: May 21_, 2021

9